UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **COURTNEY SMITH** | **CASE NO. 3:21-CV-03939** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **COCA COLA BOTTLING CO. UNITED, INC. ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 22] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion to Dismiss [Doc. No. 11] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that Defendants seek dismissal because of ERISA preemption, **IT IS ORDERED** that the motion is **GRANTED,** and Plaintiff's state law claims are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that to the extent Defendants seek dismissal of claims against Coca Cola on an alternative basis, Defendants' motion is **DENIED as moot.**

**MONROE, LOUISIANA**, this 29th day of April 2022.

_____
**TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE**